**EXHIBIT "A"**

IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA

CASE NO.: 16-2021-CA-003208
DIVISION: CV-A

SUSAN IRONMONGER,

    Plaintiff,

v.

COGGIN CHEVROLET, LLC D/B/A COGGIN CHEVROLET AT THE AVENUES,

    Defendant.
_____/

## PLAINTIFF'S FIRST AMENDED COMPLAINT

COMES NOW the Plaintiff, SUSAN IRONMONGER, and sues the Defendant, COGGIN CHEVROLET, LLC D/B/A COGGIN CHEVROLET AT THE AVENUES, and alleges:

1. This is an action for damages that exceeds the sum of THIRTY THOUSAND DOLLARS ($30,000.00), exclusive of costs, interest and attorneys' fees (The estimated value of Plaintiff's claim is in excess of the minimum jurisdictional threshold required by this Court). Accordingly, Plaintiff has entered "$30,001" in the civil cover sheet for the "estimated amount of the claim" as required in the preamble to the civil cover sheet for *jurisdictional purposes only* (the Florida Supreme Court has ordered that the estimated "amount of claim" be set forth in the civil cover sheet for data collection and clerical purposes only). The actual value of Plaintiff's claim will be determined by a fair and just jury in accordance with Article 1, Section 21, Fla. Const.

2. At all times material hereto, the Plaintiff, SUSAN IRONMONGER, is/was a resident of Jacksonville, Duval County, Florida.

3. At all times material to this action, including February 2, 2020, the Defendant, COGGIN CHEVROLET, LLC D/B/A COGGIN CHEVROLET AT THE AVENUES, is/was a Foreign Limited Liability Company authorized to do business and doing business in Duval County, Florida.

4. At all times material hereto, Defendant, COGGIN CHEVROLET, LLC D/B/A COGGIN CHEVROLET AT THE AVENUES, owned, operated, possessed, controlled, managed and/or maintained the automotive sales business known as "Coggin Chevrolet at the Avenues" located 10880 Phillips Highway, Jacksonville, Duval County, Florida, and said premises, was open to the general public, including the Plaintiff.

5. On or February 2, 2020, the Plaintiff, SUSAN IRONMONGER, was lawfully upon the premises of the Defendant located at 10880 Phillips Highway, Jacksonville, Duval County, Florida.

6. At said time and place, the Plaintiff, SUSAN IRONMONGER, was lawfully upon the premises owned, operated, possessed, controlled, managed and/or maintained by Defendant, COGGIN CHEVROLET, LLC D/B/A COGGIN CHEVROLET AT THE AVENUES, who owed Plaintiff a duty to exercise reasonable care for her safety.

7. At said time and place, the Defendant, COGGIN CHEVROLET, LLC D/B/A COGGIN CHEVROLET AT THE AVENUES, breached its duty owed to Plaintiff by committing one or more of the following omissions or commissions:

    a) Negligently failing to maintain or adequately maintain the premises thus creating a hazardous condition to members of the public, including the Plaintiff herein, and creating an unreasonably dangerous hazard, being in violation of the applicable building codes and life safety rules, in that the area was not cordoned off with warning signs, thus creating a hazard to members of the public utilizing said door, including Plaintiff;

  b)  Negligently failing to inspect or adequately inspect the entryway/exit to its facility, as specified above, to ascertain whether the entry/exit constituted a hazard to guests utilizing said premises, including the Plaintiff herein, thus creating an unreasonably dangerous condition for Plaintiff;

  c)  Negligently failing to warn or adequately warn the Plaintiff of the danger of the hazard on in the entryway/exit, when Defendant knew or through the exercise of reasonable care should have known that said area was unreasonably dangerous and that Plaintiff was unaware of same;

  d)  Negligently failing to correct or adequately correct the unreasonably dangerous condition of the hazard in the entryway/exit of Defendant's premises, when said condition was either known to Defendant, or had existed for a sufficient length of time, such that Defendant should have known of same had Defendant exercised reasonable care; and

8. As a result, while the Plaintiff, SUSAN IRONMONGER, was walking out of the door at the facility owned operated, possessed, controlled, managed and/or maintained by the Defendant, COGGIN CHEVROLET, LLC D/B/A COGGIN CHEVROLET AT THE AVENUES, she fell due to an entryway/exit. Specifically, there was a large step down as patrons exited the facility. There were no warnings or signage, to warn any customers, including the Plaintiff, that there was a drop off as said person exited the facility thus causing the Plaintiff to fall and sustain injuries as set forth in paragraph nine (9) below.

9. As a direct and proximate result of the negligence of the Defendant, COGGIN CHEVROLET, LLC D/B/A COGGIN CHEVROLET AT THE AVENUES, the Plaintiff suffered bodily injury in and about her body and extremities, resulting in pain and suffering, disability, disfigurement, permanent and significant scarring, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earning, loss of the ability to earn money, and aggravation of previously existing condition. The losses are either permanent or continuing and the Plaintiff will suffer the losses in the future.

WHEREFORE, the Plaintiff, SUSAN IRONMONGER, demands judgment for damages against the Defendant, COGGIN CHEVROLET, LLC D/B/A COGGIN CHEVROLET AT THE AVENUES, and other such relief deemed proper by the Court.  <u>Plaintiff also demands a jury trial on all issues so triable</u>.

RESPECTFULLY submitted this 1st  day of June, 2021.

<u>/s/Mark J. Kupcinskas Jr, Esq</u>
**MARK J. KUPCINSKAS JR, ESQ**
FBN 117802
Morgan & Morgan
76 South Laura Street, Suite 1100
Jacksonville, FL 32202
Telephone:    (904) 398-2722
Facsimile:     (904) 366-7677
Primary email: Mkupcinskas@forthepeople.com
Attorneys for Plaintiff